UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA E. MAYO,

      Plaintiff,

                                      Case No. 25-cv-13585
v.                                  Hon. Matthew F. Leitman

FORD MOTOR CO., *et al.*,

      Defendants.

_____/

### ORDER GRANTING PLAINTIFF LEAVE
### TO FILE A SECOND AMENDED COMPLAINT

On November 11, 2025, Plaintiff Lisa E. Mayo filed this action against Defendants Ford Motor Company and Jeffrey Nemeth (an employee of Ford Motor Company). (*See* Compl., ECF No. 1.)  Mayo filed a First Amended Complaint on January 16, 2026. (*See* First Am. Compl., ECF No. 5.)  Defendants have now moved to dismiss Mayo's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 7.)  One of the bases for dismissal is that Mayo has failed to plead sufficient facts in support of at least some of her claims. (*See id.*)  Mayo filed a response on March 13, 2026, in which she requested the opportunity to file a Second Amended Complaint. (*See* Resp., ECF No. 12.)  Defendants filed a reply on March 20, 2026 (*see* Reply, ECF No. 14.)

1

The Court has not yet completed its review of the briefings.  Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Mayo the opportunity to file a Second Amended Complaint in order to remedy the alleged deficiencies in her claims identified by Defendants in the motion to dismiss and to clarify her allegations against the Defendants.  The Court does not anticipate allowing Mayo another opportunity to amend to add factual allegations that she could now include in a Second Amended Complaint.  Simply put, this is Mayo's opportunity to allege any and all additional facts, currently known to her, that may cure the alleged deficiencies in her claims and that could clarify her allegations against Defendants.

By **June 22, 2026**, Mayo shall file a notice on the docket in this action notifying the Court and Defendants whether she will be filing a Second Amended Complaint or if she instead will stand on her response to the motion to dismiss.  If Mayo provides notice that she will file a Second Amended Complaint, she shall file that amended pleading by no later than **July 10, 2026**.

Finally, if Mayo provides notice that she will be filing an amended pleading, the Court will terminate without prejudice Defendants' motion to dismiss as moot. Defendants may re-file a motion to dismiss directed at the Second Amended Complaint if it believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 10, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager

3