UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA E. MAYO,

     Plaintiff,

                                 Case No. 25-cv-13585

v.                              Hon. Matthew F. Leitman

FORD MOTOR CO., *et al.*,

     Defendants.

_____/

## ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 7) WITHOUT PREJUDICE

On November 11, 2025, Plaintiff Lisa E. Mayo filed this action against Defendants Ford Motor Company and Jeffrey Nemeth (an employee of Ford Motor Company). (*See* Compl., ECF No. 1.)  Mayo filed a First Amended Complaint on January 16, 2026. (*See* First Am. Compl., ECF No. 5.)  Defendants then filed a motion to dismiss Mayo's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 7.)

On June 10, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Mayo the opportunity to file a Second Amended Complaint in order to remedy the alleged deficiencies in her claims identified by the Defendants in the motion to dismiss. (*See* Order, ECF No. 16.)  The Court informed

1

the parties that if Mayo decided to file such an amended pleading, it would terminate the Defendants' currently pending motion to dismiss without prejudice. (*See id.*)

On June 22, 2026, Mayo filed a notice that she intends to file a Second Amended Complaint. (*See* Notice, ECF No. 17.) Accordingly, the Court **TERMINATES** the Defendants' now-pending motion to dismiss (ECF No. 7) **WITHOUT PREJUDICE**. The Defendants may re-file a motion to dismiss directed at the Second Amended Complaint if the Defendants believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager

2